JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Attorneys for the United States*

```
          FILED           RECEIVED
          ENTERED         SERVED ON
                  COUNSEL/PARTIES OF RECORD

               OCT - 3 2024

          CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **3:24-cr-00035-ART-CLB** |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | VIOLATION: |
| JAVIER FRANCISCO PERALTA-SANCHEZ, | 8 U.S.C. § 1326(a) and (b) – Deported Alien Found in the United States |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

On or about September 22, 2024, in the State and Federal District of Nevada,

JAVIER FRANCISCO PERALTA-SANCHEZ,

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about August 10, 2010, having reentered and remained in the United States, and not having obtained the express consent of the Attorney General of the

1  United States or the Secretary of Homeland Security, to reapply for admission to the

2  United States, in violation of 8 U.S.C. § 1326(a) and (b).

3  **A TRUE BILL:**

4  October 3, 2024

5  /s/ _____
   FOREPERSON OF THE GRAND JURY

6  JASON M. FRIERSON
   United States Attorney

7  [signature]

8

9  ANDOLYN JOHNSON
   Assistant United States Attorney

2