AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __NEVADA__

UNITED STATES OF AMERICA,
    Plaintiff(s),

V.

JAVIER FRANCISCO PERALTA-SANCHEZ,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:24-CR-00035-ART-CLB

Notice is hereby given that, subject to approval by the court, __JAVIER FRANCISCO PERALTA-SANC__ substitutes
(Party(s) Name)

__BRET O. WHIPPLE, ESQ.__, State Bar No. __6168__ as counsel of record in
(Name of New Attorney)

place of __SEAN MCCLELLAND, ESQ.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | JUSTICE LAW CENTER |
| Address: | 1550 S. WELLS AVE., SUITE 100, RENO, NEVADA 89501 |
| Telephone: | (775) 333-1010   Facsimile _____ |
| E-Mail (Optional): | criminal@justice-law-center.com |

I consent to the above substitution.
Date: __11/17/24__   __Francisco Javier P.S.__
(Signature of Party(s))

I consent to being substituted.
Date: __11/19/2024__   __[signature]__
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: __11/17/24__   __[signature]__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __November 27, 2024__   __[signature]__

Anne R. Traum, U.S. District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]