**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00035-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **MOTION TO WITHDRAW** |
| JAVIER FRANCISCO PERALTA-SANCHEZ | |
| Defendant. | |

CERTIFICATION: This motion is timely filed.

ALLIE WILSON, Assistant Federal Public Defender, counsel for JAVIER FRANCISCO PERALTA-SANCHEZ, hereby requests permission to withdraw as Counsel of Records and hereby moves this Honorable Court for an Order authorizing such withdrawal. On November 26, 2024, Bret Whipple filed a Motion to Substitute Attorney (ECF 23) advising the Court that he has been retained to represent Mr. Javier Francisco Peralta-Sanchez in the above-styled case. The motion was granted on November 27, 2024 (ECF 24).

//

//

//

WHEREFORE, undersigned counsel moves that he be allowed to withdraw from further representation of Mr. Javier Francisco Peralta-Sanchez.

DATED this 10th day of December, 2024.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender

**IT IS SO ORDERED:**

Anne R. Traum
United States District Judge

DATED: December 16, 2024

2